# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KELACO CORPORATION** d/b/a **KELACO CONSTRUCTION COMPANY,**
a Florida corporation,
Appellant,

v.

**BEST TRUSS COMPANY, INC.** and **LEDGER L. KELLIER, REVEREND, TRUST/LEDGER L. KELLIER,** Trustee,
Appellee.

No. 4D20-1113

[May 13, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE12-2512.

Cullin O'Brien of Cullin O'Brien Law, P.A., Fort Lauderdale, for appellant.

Jane Kreusler-Walsh, Rebecca Mercier Vargas, and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Jorge J. Del Valle and Dania L. La Civita of the Law Offices of Del Valle & La Civita, for appellee Best Truss Company, Inc.

PER CURIAM.

*Affirmed.*

GROSS, GERBER, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***